

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00695-CV

James W. **VOLBERDING**, as Receiver for Charles Locascio,
Manuel Zamora, Jr. and Amelia Zamora,
Appellants

v.

Christopher John **LOCASCIO**, Matthew Locascio,
Remy Locascio, Sarah Locascio, and Charles Locascio,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-03958
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the "Receiver's Agreed Motion to Dismiss and to Vacate Judgment" is GRANTED, and the judgment of the trial court is VACATED and the cause is REMANDED to the trial court for rendition of judgment in accordance with the parties' mediated settlement agreement. Costs of the appeal are taxed against the party who incurred them.

SIGNED March 18, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice